# Spartan Eagle Leasing Capital
### A Disabled Veteran Company

(This is a CONFIDENTIAL Interim Lease.)

Dear Bryce:

We are pleased to submit for your consideration the following interim lease to avoid delay in your equipment inspection. A Master Lease will follow. This is to summarize the lease terms and as per discussions with you. This will be with Deeper Dive Los Angeles (DDLA) and Spartan Eagle Leasing Capital ("Spartan Leasing") or its affiliates and or its assignees to provide the lease financing described herein. The parties agree that other than the provisions in the Master lease this will suffice between them until such time a definitive Master Lease Agreement is executed between the parties. The Master Lease Line will be secured by certain Equipment (as defined below) that is acceptable to both the Lessee and the Lessor.

| | |
|---|---|
| Lessee: | Deeper Dive Los Angeles ("DDLA" the "Lessee" or the "Company") |
| Lessor: | Spartan Eagle Leasing Capital  and/or its affiliates/assignees ("Spartan Leasing" or the "Lessor") |
| Master Lease: | Unless agreed upon  differently by the parties, it will initially reflect two equipment systems described below, placed in two a separate lease schedules to the Master Lease Agreement (hereinafter referred to as a "Lease Schedule"). |
| Interim Lease: | Here, due to time constraints, the Lessor will provide inspection to the first system for acceptance and to be included in this interim lease that will be placed under the proposed lease line of credit. For this consideration, the Lessee agrees to pay a daily rental equal to $1/30^{th}$ of the monthly Lease Rental Payment pro-rated to the amount for this initial equipment only, |

funded by the Lessor from the initial funding date of the agreed equipment acceptance to the Initial Term Start Date of the Lease Schedule.

Availability:    Provided that no Material Adverse Change (as defined below) has occurred or is reasonably likely to occur, funding under the Master Lease Line shall be available from the date that the Master Lease Agreement and the other definitive documentation have been executed.  As used herein, the term "Material Adverse Change" means a material adverse change in (i) the Lessee's business model, operation plans, deterioration of its financial condition, other than in its ordinary course of business, to include but not limited to, significant investor abandonment, a voluntary departure of either the CEO, COO, CFO or CTO, any IP impairment or major litigation against the Lessee (ii) the Lessee's ability to perform its obligations under the Master Lease Agreement and the other definitive documentation in accordance with its terms, or the Lessor's ability to enforce any of its rights and remedies with respect to the Master Lease Line in accordance with the terms of the Master Lease Agreement and the other definitive documentation, or (iii) the Equipment or the Lessor's ownership interest in the Equipment.   The proposed lease line will be billed and collected in US dollars.  Availability under the Master Lease Line shall be as follows:

Equipment:    Various (General description of equipment) Equipment. All Equipment will be considered "essential use" to the day to day (General description) operations of the Company. Equipment will include all warranties, parts, attachments and in each case the Equipment will be acceptable to the Lessor and Lessee in their sole discretion prior to all funding (the "Equipment").

Equipment Location:  State of California

Lease Term:    Unless otherwise agreed upon between the Lessor and the Lessee, each Lease Schedule will be 48 months, with monthly rental payments payable in advance.

Lease Structure:    Each Lease Schedule shall be structured as an operating sale/ leaseback transaction, and the Lessor shall be the owner of the Equipment.

Rental Amount:    Each Lease Schedule will contain a separate monthly fixed rental amount depending on the equipment financed.  Notwithstanding the foregoing, the Lessor and the Lessee agree that the rental payments for any given Lease Schedule shall not exceed the agreed amount, unless otherwise agreed upon.

48 Months – Initial Dual FFE = $6,950 /Month;

48 Months - Second Dual or Dual + Single FFE = $4,040

End of Lease Term: A) The Lessee shall have the option to purchase all but not less than all of the Equipment for the then Fair Market Value ("FMV") provided that the Lessee has satisfactorily met all the terms and conditions of the Master Lease Agreement.

B) The Lessee may extend the Lease Term for an agreed upon months below the then current renewal payment and below the current monthly rental amount.

C) The Lessee may return all but not less than all of the Equipment to the Lessor at the conclusion of the Lease Term along with a five (5.0%) restocking fee.

Net Lease: This is a net lease transaction and Lessee agrees to pay all costs, fees and expenses associated with this lease line as well as all taxes, (including sales, use, rental, leasing, ad valorem, excise, local, or personal property taxes excluding any taxes in respect of the Lessor's own income taxes) during the term of this Lease Agreement.

Personal Guarantees: None

Financial Covenants: None

Lease Deposit: Upon acceptance of this interim lease, Spartan Leasing requires a one-time refundable Lease Deposit equal to $0 USD

However, Spartan Leasing and or its affiliates will incur certain due diligence costs during the credit and documentation review period of the proposed transaction and thereby, the Lessee agrees to pay to Spartan Leasing through the Lease Deposit a due diligence and/or syndication fee to cover such items but not limited to appraisals, inspections, legal opinions, on site visits, credit and financial analyst reports, etc. not to exceed $0 USD.

| | |
|---|---|
| Insurance: | The Lessee shall provide the Lessor written confirmation of insurance coverage acceptable to the Lessor in its sole discretion at time of delivery, including all risk physical damage, bodily injury and property damage with an endorsement that names the Lessor as an additional insured under all liability coverage and as a loss payee under all property insurance. |
| Documentation: | The entire **Master Lease** with Spartan Leasing will be covered under one Master Lease Agreement to avoid a costly documentation process. Equipment can be added to the Master Lease Agreement by means of a Lease Schedule and Certificate of Acceptance completed prior to funding. **Commitment Fee:** In consideration for this Interim and the Master lease, provided to DDLA, the Company agrees to pay to Spartan Leasing, a one-time Commitment Fee of $8,000.00 USD (the "Commitment Fee"). The Commitment Fee shall be due and payable by the Company in immediately available funds on the date the Interim / First Lease Schedule is mutually executed and or the equipment is inspected and accepted. |
| Security Deposit: | |
| | None |
| Warrants: | |
| Other Terms and Conditions: | a.)  The terms of this proposal are and shall be kept confidential. |

b.)    The Lessee agrees that to the extent that if any leased Equipment is located at any facility that is not owned by the Lessee, then it will secure a Landlord Waiver Agreement in form and substance satisfactory to the Lessor in its sole discretion which will allow the Lessor entry and inspections rights to any location where leased Equipment may be located.

c)    Upon execution of a mutually acceptable Master Lease Agreement, the Lessee agrees to provide current accountant prepared audited annual financial statements to the Lessor within the time periods as set forth in the Master Lease Agreement, or as mutually agreed.

d)    Prepayment of any lease schedule will be subject to all applicable state and US federal tax law requirements and a 5.0% penalty will be assessed to the then remaining lease payment balance.

By your acceptance and acknowledgment below this will represent a mutual agreement of the terms set forth above under this interim lease agreement. Both parties agree this interim lease was necessary because of the time critical need to acquire the first Dual FFE, and allow time for DDLA to be able to review and sign the Master Lease agreement.

**{Signature Page to Follow}**

If these terms are acceptable, please countersign this proposal below and return a copy with the Lease Line Deposit.  Thank you for the opportunity to present this Master Lease Line proposal to you.  We look forward to working with you and establishing a long-term business relationship.

Sincerely,

*james lake*

James Lake, Esq. MBA LL.M
CEO
**Spartan Eagle Leasing Capital**

Acceptance and Acknowledgement of the terms as set forth in this Proposal Letter.

**Deeper Dive Los Angeles, 2936 E. 11th St. Los Angeles, CA 90023**

By_____ Name/Title:  Bryce Egbert, CEO

Date: March 20, 2023

**1150 S.W. 14th Drive  -  Boca Raton, Florida 33486  - Off 561-654-6449;   Cell 949-307-3665**