**STOLEN PROPERTY WAS SHIPPED HERE**

Page 1 of 1

# BILL OF LADING

**BOL NO: FPA01052151**

**Carrier: R & L CARRIERS INC.**
Pickup Date: 09/26/2023

### Ship From

Herirtage Missouri
2936 E 11th st
Los Angeles, CA 90023
Barry Rivera, P: (562) 489-4888,

**Origin Terminal**
MONTEBELLO, CA
P: 323-726-2147

### Ship To

Heritage Missouri
4607 State Highway B
Perryville, MO 63775
Barry Rivera, P: (562) 489-4888,

**Destination Terminal**
PADUCAH, KY
P: 270-442-4175

BOL: FPA01052151
Carrier Quote Number: 19147147
SCAC: RLCA

### 3rd Party Freight Charges Bill To

Nolan Transportation Group
PO BOX 3427
HICKORY, NC 28603
Carrier Support ltl.carriersupport@ntgfreight.com

23515708-5    LAX

**Special Instructions:** Pickup: please contact
Bryce Canna
310-863-2011

upon pick up

**Accessorials:** LIFTGATE ORIGIN

**Freight Terms:**
Prepaid: _____
Collect: _____
3rd Party: __X__

| Qty | Type | Weight | NMFC | HM (X) | Item Description | LTL Class |
|---|---|---|---|---|---|---|
| 1 | Crate | 600 | 133300-3 | | Distillation machinery | 125 |
| | | | | | Dimensions: 67.0 X 24.0 X 78.0 | |
| 1 | | 600 | | | **GRAND TOTALS** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**Remit COD to:**

Collect_____ Prepaid_____ Customer check acceptable_____ COD Amount: $_____

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| Trailer Loaded: | Freight Counted: | |
|---|---|---|
| ___ by Shipper | ___ by Shipper | The carrier shall not make delivery of this shipment without payment of and all other lawful charges. |
| ___ by Driver | ___ by Driver | Shipper: _____ |

**Shipper Signature/Date:**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper: _____

ELAN CHEN

**Carrier Signature/Pickup Date:**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

Carrier: _____