Page __1__ of __3__

## PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS    ☒ VICTIM    ☐ OTHER

# STATEMENT
Please complete in full detail

| Date of Statement: | Month: | Day: | Year: | Time: |
|---|---|---|---|---|
| | 1 | 11 | 24 | 1500 |

**Offense:** Assist to Another Department

**Agency Case #:** 24-024231

| Date of Offense: | Month: | Day: | Year: | Time: |
|---|---|---|---|---|
| | 9 | 26 | 2023 | 1200 |

**Suspect/Arrestee:** Last: Egbert    First: Bryce    Middle:

**Location of Offense:** 2936 E. 11th St. Los Angeles CA 90024    **Zone:** —

| Name: (Witness/Victim) Last: Lake    First: James    Middle: | Age: 74 | D.O.B.: 4/1/1949 | Race: W | Sex: M |
|---|---|---|---|---|

**Address: Res.:** 10504 Galleria Street, Wellington, Florida    **Zip:** 33414    **Phone:** (949) 307-3665

**Address: Bus.:** 9314 Forest Hill Blvd #644, Wellington, Florida    **Zip:** 33411    **Phone:** (949) 3073665

I, **James Lake** _____ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

Page 1

I, JAMES LAKE, declare:

1. I have personal knowledge of the underlying by virtue of being the owner of Spartan Eagle Leasing ., and in that capacity, I entered into lease agreements for manufacturing equipment with Deeper Dive LA Management, LLC.

2. Attached is a true copy of the Interim Lease agreement with Deeper Dive Management, LLC, representative Bryce Egbert, and signed by him on March 20, 2023. Mr. Egbert was in a hurry to get his Company up and running so we entered into a temporary agreement to immediately supply equipment until the final agreement with the full scope of the equipment requirements could be prepared and implemented.

3. Attached is a true copy of an amendment to the Master Lease Agreement for Deeper Dive LA Management, LLC, whereby additional equipment was added. The equipment has a collective value of over $630,000, not including fees and interest payments. THe equipment subject to the lease include:

a. Two (2) Delta Cup-30 Extraction machines;

b. Marsh Falling Film Machine;

c. Perma Cool chilling system;

d. Delta Separation Rolled Film Distillation ("RFD") Machine;

e. 2 condensers;

f. Large MTA Chiller located on the roof

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☐ Yes ☐ No | Initial: |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: | I will prosecute criminally: ☐ Yes ☐ No | Initial: |
|---|---|---|

__11__ Day of __JAN__ year __2024__

Deputy Sheriff ☑  Notary Public ☐    FSS 117.10

Signature: _Lussic #8172_

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

Signature: _____

PBSO #0134 REV. 10

Page 2 of 3

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☐ WITNESS    ☒ VICTIM    ☐ OTHER

# STATEMENT
**Please complete in full detail**

| Date of Statement: | Month: 1 | Day: 11 | Year: 24 | Time: 1500 |
|---|---|---|---|---|

| Offense: Assut To Another Department | Agency Case #: 24-024231 |
|---|---|

| Date of Offense: | Month: 9 | Day: 26 | Year: 2023 | Time: 1200 | Suspect/Arrestee: Last: Egbert    First: Bryce    Middle: |
|---|---|---|---|---|---|

| Location of Offense: 2936 E. 11th St. Los Angeles CA 90024 | Zone: |
|---|---|

| Name: (Witness/Victim) Last: Lake    First: James    Middle: | Age: 74 | D.O.B.: 4/1/1949 | Race: W | Sex: m |
|---|---|---|---|---|

| Address: Res.: 10504 Galleria ST. Wellington, Florida | Zip: 33414 | Phone: (949) 307-3665 |
|---|---|---|

| Address: Bus.: 9314 Forest Hill Blvd #644, Wellington, Florida | Zip: 33411 | Phone: (949) 307-3665 |
|---|---|---|

I, __JAMES LAKE__ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

Page 2

4. Pursuant to the terms of the Master Lease, I invoiced Deeper Dive LA Management, LLC, on a monthly basis for the use of the equipment. No lease payments have been received and I am owed well over $180,000.00, and given this, Deeper Dive Management, LLC, is in serious default of my lease.

5. It has come to my attention that Bryce Egbert, one of the members of Deeper Dive Management, LLC, and without my knowledge or consent, intentionally converted and wrongfully transferred my Distillation Machinery wrongfully and kept the entire proceeds of the sale of $100,000, for himself. He sold my machine without my approval or knowledge to an unknown entity named Heritage Missouri, and located in Perryville, Missouri. Attached are the documents showing this wrongful transfer that was done without my consent or knowledge. I did not authorize the sale or transfer of any of my company's equipment. The RSD machine is valued at $75,000.00, without considering interest and fees. He sold this piece of equipment without paying me a dollar, and also without telling me it was being sold.

6. I am also told that Mr. Egbert has locked out and removed staff and other Company members just recently, (December 2023) as well as disabling all camera and surveillance access, leaving my equipment completely exposed and further at risk of more damage and harm.

7. Because of this, I am filing a police report for Egbert selling my equipment wrongfully. I am also now demanding those under Bryce Egbert's control and direction to immediately cease using, touching, or operating any more of my equipment. Pursuant to the lease, I am demanding that I be given access to secure and protect my equipment from further risk or damage.

| I have received the Victim's Rights package: | Initial: | I will testify in court:    ☐ Yes    ☐ No | Initial: |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: 11 Day of JAN year 2024 | I will prosecute criminally:    ☐ Yes    ☐ No | Initial: |
|---|---|---|
| Deputy Sheriff ☐    Notary Public ☐    FSS 117.10 Signature: Lussier #8172 | I Swear/Affirm the Above and/or Attached Statements are Correct and True. Signature: | |

PBSO #0134 REV. 10/01