Spartan Eagle Leasing Capital

A Service-Disabled Veteran Company

9314 Forest Hill Blvd, Suite 644,
Wellington, Florida 33414 Phone: (949)
307-3665

December 15, 2023

Attn:  Bryce Egbert
Deeper Dive LA Management, LLC,
2936 E. 11th Street
Los Angeles CA 90023

**Subject:**      **Deeper Dive Management, LLC - Notice of Default and Demand for Immediate Cessation of Use of All Leased Equipment**

This notice of default concerning the equipment lease agreement between our company, Spartan Eagle Leasing Capital, and your entity, Deeper Dive Management, LLC, is issued given the blatant failure to not only make a single payment since the inception of the equipment lease in April, as well as for the appalling and unlawful transfer of my RFD Machine that you sold to some third party without my knowledge or consent.  I am also informed that you have terminated the staff and have locked out your other members.  This is abhorrent and unacceptable, and as such, we are left with no choice but to issue this notice and accelerate the balance due, including penalties, for a total due and owing of $1,039,271.00.

As you know, we entered the interim lease with a single March machine.  You claimed to be low on cash reserves but appeared to have a positive future.  I trusted in you and agreed to amend our lease with additional equipment and payments to you to buy added equipment that we then added to the master lease attached hereto.  This includes the Delta Separations RFD machine, that was added to the lease after I wired your Egbert Enterprises, LLC, account $75,000.00 to purchase.  You told me you secured an RDF machine with these funds shortly thereafter, provided pictures, and even talked about the benefit of this machine coupled with Elan Chen's own RFD machine to increase production and cash flow.  You consistently promised to pay me the leased payments, and I gave you plenty of leeway believing you would send something.  You never did.  Not once, despite promises and claims of wires and payments having been sent using false documentation, repeatedly.

Now, in December, my company has not received a single payment, and my RFD Machine has been sold to some third-party company in Missouri.  I was never told of, made aware, or paid a single dollar for this transfer.  This is a massive breach of our agreement.   In Section 5, you are not allowed to mortgage or convey any unit subject to the lease without my company's knowledge and consent. Pursuant to Section 6, "Lessee shall not change the location of any Unit from that specified in the Lease without obtaining Lessor's prior consent".  Similarly, Section 11 states that Lessee shall not "relinquish possession or control of, or assign, pledge, hypothecate, or otherwise transfer, dispose of, or encumber, any Unit, this Agreement

or any Lease or any part thereof or interest therein, or any right or obligation with respect thereto without prior written consent from Lessor." You did all of these. Pursuant to Section 20, you are in a serious state of default for not paying any rental payments as well as converting and transferring my equipment without our knowledge, consent, approval or otherwise.

Given this brazen default, and as allowed by Section 21(b), we hereby intent to terminate the Lease and take immediate possession of our equipment, both at your location in Los Angeles, as well as in the Missouri location where my machine presently resides. We are entitled to and plan to "enter upon the premises of Lessee or any other premises where any of such Units maybe located and take possession of all or any of such Units and from that point hold, possess, operate, sell, lease, and enjoy such Units free from any right of Lessee, its successors and assigns".

Similarly, we are entitled to recover all unpaid sums immediately on an accelerated basis, including penalties, and thus also demand a payment of $1,039,271.00.

Based upon the above, I demand that you cease using any single one of my machines from this date forward. I will be sending staff to inspect and secure our equipment. In the meantime, and to accomplish this task, I am allowing Elan Chen the rights and abilities to properly secure and/or remove my equipment from your facility and/or this Missouri facility until I order otherwise. If this is violated, I will seek further recourse. I am very disappointed in how this has transpired and expect that you fully cooperate and cease using any single one of my machines immediately.

Regards,

*James Lake*

James Lake