# Spartan Eagle Leasing Capital

A Service-Disabled Veteran Company

9314 Forest Hill Blvd, Suite 644, Wellington, Florida 33414 Phone: (949) 307-3665

April 9, 2024

Deeper Dive LA Management, LLC,
Attn: Bryce Egbert and Matt Novello
2936 E. 11th Street
Los Angeles CA 90023

|  |  |
|---|---|
| **Subject:** | **Deeper Dive Management, LLC - Notice of Default and Demand for Removal of All Leased Equipment** |

Bryce and Matt,

As you are aware, in December of 2023, Spartan Eagle Leasing Capital has already placed your entity, Deeper Dive Management, LLC, on default for complete lack of payment on the underlying Lease Agreement between our companies for what is now due of over $1 million. In this default, again attached, we informed you that we terminated the lease as allowed by the lease agreement and demanded possession of our equipment returned as authorized by Section 21. You ignored that demand entirely. Given this continued default, we now inform you that we will be at your facility to retrieve our equipment in full beginning on April 17, 2024, and extending likely to April 19, 2024. We expect full cooperation at allowing me the right to remove this equipment that you no longer have the right to operate or use, given the massive and unpaid default.

Pursuant to Section 21(b), we will take immediate possession of our equipment at your Los Angeles facility on April 17 through April 19, 2024. As stated in the Lease, we are entitled to and expect to "enter upon the premises of Lessee or any other premises where any of such Units maybe located and take possession of all or any of such Units and from that point hold, possess, operate, sell, lease, and enjoy such Units free from any right of Lessee, its successors and assigns". Given this clear language, we expect full cooperation to allow access to retrieve all of our equipment between April 17, 2024 to April 19, 2024.

In addition to this, we also demand that the RFD machine that you wrongfully sent to a Missouri location be returned to me immediately, and provide me with the address and contact of who I can discuss retrieval of my RFD machine. If you do not comply, we will also send a crew to this Missouri location to retrieve my RFD machine wrongfully removed.

Based upon the above, I am allowing Hera Farms' owner Elan Chen and his staff the rights and abilities to properly secure and/or remove my equipment from your facility and/or this

Missouri facility until I order otherwise.  If this is violated, I will seek further recourse and punishment.  I am very disappointed in how this has transpired, and expect that you fully cooperate and cease using any single one of my machines immediately.  If you do not intend to cooperate reasonably, please let me know immediately.

Regards,

_____

James Lake