

2:59

 1

MC  JL  E

PB

WB  T

B

12 People >



  PB  **2 people updated contact information**   View   ✕

+1 (562) 396-3994

All your guys equipment is 100% safe and isn't going anywhere

You guys all have my number , you can come see/ check equipment anytime You'de like.

Adding Jim lake to this as he has equipment in building as well

**Today** 2:20 PM
You added Jim Lake to the conversation.

Tom

The eco disk and 2 meters cup 15's are mine.  Everyone state the equipment that they own or that are in question , most likely we don't need a lot of it if the settlement's are not realistic

I'm walking Into a meeting. I'll be back in line in 2 hours

T

Ruth Rassel-Brown



pdf   **DDLA Debt.pdf**

+   iMessage

 


12 People

Fri, Jul 26 at 4:18 PM

Elon DDLA

Tom & Ali
There are two primary leases with DDLA/Bryce that everyone involved knows were the primary equipment running that shop. All shareholders are now aware of these legitimate and now in default leases. As are

Elan Chen/hera farms

-Delta Seperstions RFD Completed system with 3 beaker & Wrench Auto Pumps
-L80 Chyrometrix Chiller
-150 gallon Alcohol Still
-MTA -Chiller
-8-12 Delta Kegs
-AI 50 gallon Roto with side
-items(heater & chiller)
30 Gallon AI decarb unit with side items (heater & chiller)
-Cascade Blue Oven
-3 stage filtration system on skid plate
-Freezers
-Air Tank
-Yellow storage Tank
-Multiple heaters / vacuum pumps
-Hoses, clamps miscellaneous smaller items.

Spartan Eagle leased equipment is

- two delta (2) cup-30s, and

iMessage



-L80 Chyrometrix Chiller
-150 gallon Alcohol Still
-MTA -Chiller
-8-12 Delta Kegs
-AI 50 gallon Roto with side
-items(heater & chiller)
30 Gallon AI decarb unit with side
items (heater & chiller)
-Cascade Blue Oven
-3 stage filtration system on skid plate
-Freezers
-Air Tank
-Yellow storage Tank
-Multiple heaters / vacuum pumps
-Hoses, clamps miscellaneous smaller
items.

Spartan Eagle leased equipment is

- two delta (2) cup-30s, and
associated hoses, etc
- marsh falling film ethanol recovery
system including tanks, vessels,
chillers
- perma cool system including tanks,
vessels, chillers, connections
-rooftop chiller for the above
- rfd that is now missing, alleged to
have a beaker and wrench as
replacement

There is no legitimate claim to these
items other than from myself or
Spartan eagle.  We will be picking this
equipment up next week




Fri, Jul 26 at 6:23 PM

Matt Novello

Yes Ruth, as I asked yesterday I would love that answer as well.

Regarding Elan's text above, what he says is true. I concur that the equipment outlined is not DDLA's equipment, and is the property of Spartan Eagle and Hera farms / Elan Chen as outlined above.

Tom Davino

We're going through the equipment Monday / Tuesday to tag it all to ensure it all goes back to its rightful owner. Talk by Tuesday morning Elan. All good. It will all get worked out.

Elon DDLA

Thanks Tom let's connect early next week. Look forward to hearing from you.