
Thu, Sep 19 at 6:06 PM

Checking in again.

Please confirm I can send my team in
tomorrow or Saturday. They are
standing by here in California and are
ready because as per Tom, this matter
was resolved.
Please confirm and I will coordinate an
exact time of arrival.

Thank you
Jim Lake

Mon, Sep 23 at 12:47 PM

Working on it

Will have an update today

Goodmorning ☀️

GM

Perfect thanks
Best
Jim

Tue, Sep 24 at 2:30 PM

Checking in based on having a date to
pick up everything as of yesterday.
Please update as to why it is taking 6

 Ali ›

> My assumption was this was done a long time ago and there has never been a question before, however please let me know when it will be confirmed as I'm paying to have the pick up people available.
> Thank you

Thu, Sep 19 at 1:05 PM

> Please confirm I can send my team in tomorrow or Saturday. They are standing by here in California and are ready because as per Tom, this matter was resolved.
> Please confirm and I will coordinate an exact time of arrival.
>
> Thank you
> Jim Lake

Thu, Sep 19 at 6:06 PM

> Checking in again.
>
> Please confirm I can send my team in tomorrow or Saturday. They are standing by here in California and are ready because as per Tom, this matter was resolved.
> Please confirm and I will coordinate an exact time of arrival.
>
> Thank you


Ali ›

Tue, Sep 24 at 2:30 PM

Checking in based on having a date to pick up everything as of yesterday. Please update as to why it is taking 6 days to identify the equipment that is in the lease, with videos and pictures and which is currently in default. I can't imagine, as I'm sure you will agree, legal action is in anyone's best interest. I have tried to provide you adequate time .
Please let me know today . Thank you.

Just depends on staff's availability. I cant have them drop everything and do this. But they're working on it.

**Edited**

It should be done by Tom

I'm not sure I understand. . I was told the equipment was segregated already in a designated area, which would take someone minutes to look at the list and if familiar in any way with the equipment could check everything on the list. The March Scientific dual falling film equipment is so unique as to be easily distinguished, the two CUP 30s as well plus the rest are all standard in the industry. The people in the facility have been there since it was delivered and have used it without payment and know exactly what they


Please let me know today . Thank you.

Just depends on staff's availability. I cant have them drop everything and do this. But they're working on it.

**Edited**

It should be done by Tom

I'm not sure I understand. . I was told the equipment was segregated already in a designated area, which would take someone minutes to look at the list and if familiar in any way with the equipment could check everything on the list. The March Scientific dual falling film equipment is so unique as to be easily distinguished, the two CUP 30s as well plus the rest are all standard in the industry. The people in the facility have been there since it was delivered and have used it without payment and know exactly what they have been using. You'll pardon my frustration but it is difficult to imagine this would take a week. However, I will wait until tomorrow and plan on picking it up Thursday or Friday.
Thank you