# Spartan Eagle Leasing Capital

A Service-Disabled Veteran Company

340 Royal Poinciana Way, Suite 317-101

Palm Beach, Florida 33480

September 29, 2024

**Sent via Email**
Tom Fornarelli, and Ali Garawi
2936 E. 11th Street
Los Angeles, CA 90023
ali@muhameds.com
Tom@finalbell.com

       **Subject:**      **Spartan Eagle Leasing Capital -  Deeper Dive Management, LLC/Egbert - Notice and Demand for Immediate Access and Return of Leased Equipment**

Gentlemen,

      On Wednesday, September 18, 2024, Mr. Garawi was notified that the team designated to pick up the equipment leased to Deeper Dive Management, LLC (DDLA) was ready. This notice was made after numerous text messages alerted all parties involved that, not only had DDLA and Bryce Egbert received default letters triggering the removal of the equipment, but a court of competent jurisdiction was also notified that Bryce Egbert and DDLA acknowledged receipt of the subject default letter. As of today, you have refused to cooperate in releasing the equipment that Spartan Eagle Leasing Capital, leased to Deeper Dive Management, LLC ("DDLA") and/or Bryce Egbert despite Spartan Eagle providing all necessary documents to allow you to verify the equipment to be picked up as per your request.  As we have discussed, no payments were received whatsoever, and the lease agreement with Spartan Eagle and DDLA (the "Lease") is and remains in default. Repeated demands were made to have access to the equipment.  Now that you have apparent dominion and control over the equipment, you were provided with repeated requests to retrieve the equipment, yet you have refused to allow entry or access.

A request was made for you to provide verification in what capacity you are claiming authority to deny access to the equipment, yet none was provided. Despite having no apparent legitimate interest to the equipment or the Lease and failing to provide any valid basis of your rights to have control over the equipment, you have refused to provide access. This is a final formal demand

before pursuing further legal rights.  Please respond to this no later than end of day September 30, 2024, confirming immediate access to the equipment.

Spartan Eagle entered a lease with DDLA in the spring of 2023. The lease was provided to you verifying proof of ownership.  The lease includes the following equipment and ancillary tanks, heaters, connections and hoses, including:

- Two (2) Cup-30 Delta Separation Extraction Machines, and associated discharge tanks and connections
- March Falling Film Ethanol Recovery System, including tanks, heaters, collection pots and Chillers etc.
- Permacool System, including tanks, chillers, rooftop unit
- Delta Separations RFD

DDLA never paid any of the lease payments.  Given the breaches, two default letters were issued and acknowledged along with repeated calls and texts to retrieve the equipment. Spartan Eagle also has a UCC financing statement protecting the equipment, further proving that this is owned by no one other than Spartan Eagle.  The default letters outline the demand for retrieval of this very equipment.

Surprisingly, on July 25, 2024, there were text messages about you now apparently taking over DDLA.  In the dialogue that started from these text messages, apparently you are now in charge of the building space and claim that coordination needs to be with you as you claim to maintain control over the equipment. Further discussions shortly thereafter the text messages, outlined the equipment fully, and an agreement was had to allow retrieval, yet it has been 11 days.

Following these discussions, on or about August 4, 2024, and as per your request, you were provided a copy of the Lease.  There was no objection to retrieval and in fact, a retrieval schedule was to be provided, but it was never provided. Spartan Eagle began to pay for and coordinate a crew, rented trucks, staff and a crane to remove the equipment, and was scheduled for last week.

Now, and without any justification, and after being told of the ability to retrieve the equipment, you refuse to allow access.  Despite all this time to "verify" the equipment, there has been notification of a pickup date.

What is most disturbing is that you have not provided any documentation, as requested, demonstrating you have any legitimate or legal claim to hold the equipment hostage nor refuse entry. You were not known until recently, relative the signing of the lease. Given this, this is a second demand to please provide documentation verifying why you or your company, has any claim, right or interest in refusing entry to retrieve the equipment.

The Lease also provides that Spartan Eagle can retrieve the equipment as a result of a default.  Per the Lease, Section 21, Spartan Eagle is entitled to "enter the premises" and retake possession of the equipment.  You are aware of the two prior defaults, that also demanded access and retrieval. Spartan Eagle's rights to retrieve the equipment are wrongfully being denied by you.

Again, the copy of the Lease, a copy of which is in your possession, prevents any alteration, movement or transfer of any of the equipment without Spartan Eagle's knowledge and consent.

It would be preferable to simply reclaim the equipment, and not engage in expensive court proceedings. The lease provides for Spartan Eagle receiving attorney fees and legal costs as well as damages, to include loss of use of the equipment during this time. No legitimate claim has been provided to deny the retrieval.  As such, a crew is scheduled to retrieve the equipment later this week, between Thursday-Saturday.   Please provide written confirmation before end of business September 30, 2024, that this agreement will be honored when the crew arrives. Further, your full cooperation is requested. If not, there will be no other choice but to protect the property using all legal rights against anyone exercising dominion and control over the equipment, including immediately filing claims in Federal Court, and using any other legal avenues available. This is the final notice. Please govern yourself accordingly.

Regards,

*JLake*

James Lake, Esq. MBA LL.M

(949) 307-3665