U24006308930



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U240063089730 |
| Date Filed: 8/6/2024 |

Submitter Information:

| | |
|---|---|
| Contact Name | JAMES LAKE |
| Organization Name | SPARTAN EAGLE LEASING CAPITAL LLC |
| Phone Number | (949) 307-3665 |
| Email Address | JIM@SPARTAN-EAGLE.COM |
| Address | 340 POINCIANA WAY 317-101 PALM BEACH, FL 33480 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| BRYCE S EGBERT | 2936 E. 11TH STREET LOS ANGELES, CA 90023 |
| DEEPER DIVE LA LLC | 2936 E. 11TH STREET LOS ANGELES, CA 90023 |
| DEEPER DIVE LA MANAGEMENT LLC | 2936 E. 11TH STREET LOS ANGELES, CA 90023 |
| EGBERT ENTERPRISES LLC | 2936 E. 11TH STREET LOS ANGELES, CA 90023 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| JAMES LAKE | 340 POINCIANA WAY 317-101 PALM BEACH, FL 33480 |
| SPARTAN EAGLE LEASING CAPITAL LLC | 340 POINCIANA WAY 317-101 PALM BEACH, FL 33480 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Falling Film system and associated equipment, a Rolled Film Distillation Short Path Distillation System, two (2) Delta Separations CUP 30 Centrifuge Collection Systems, a Perma Cool Chiller System, and two (2) Perma Cool Condensers, and all associated connectors, tubes, hoses, clamps and any other equipment used in installation of equipment.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Lessee/Lessor

Optional Filer Reference Information:

Miscellaneous Information:

B2950-1322 08/06/2024 3:30 PM Received by California Secretary of State

Search to Reflect:

☒  Order a Search to Reflect

Debtor Name                                   DEEPER DIVE LA LLC

B2950-1323 08/06/2024 3:30 PM Received by California Secretary of State