NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JAMES LAKE, ESQ.
James Lake, Bar No. 298060
9314 Forest Hill Blvd, Suite 644
Wellington, Florida 33414
(949) 307-3665
jim@spartan-eagle.com
Attorneys for Plaintiff

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SPARTAN EAGLE LEASING, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| BRYCE EGBERT, ET. AL., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Spartan Eagle Leasing, LLC _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Spartan Eagle Leasing, LLC | Plaintiff is a Florida limited liability company, with a single individual member. Plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest. |

October 16, 2024
Date

*James Lake*
Signature

Attorney of record for (or name of party appearing in pro per):

James Lake, Bar No. 298060

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES