MICHAEL G. KING (SBN 145477)
ARIELLE M. CANEPA (SBN 329546)
HENNELLY & GROSSFELD LLP
10900 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: (310) 305-2100
Facsimile: (310) 305-2116
E-mail: mking@hgla.com
acanepa@hgla.com

Attorneys for Specially Appearing Defendants
*Heritage Missouri, LLC, Alan Mao, Garry Rivera*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARTAN EAGLE LEASING CAPITAL LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BRYCE EGBERT, TAISIIA POPOCA, EGBERT ENTERPRISES LLC, DEEPER DIVE LA MANAGEMENT, LLC; DEEPER DIVE LA LLC, ALI GARAWI, GREEN ACRE MANAGEMENT, INC., THOMAS FORINELLI, FINAL BELL CORP., GARRY RIVERA, ALAN MAO, JAMES ESPOSITO, HERITAGE MISSOURI, LLC, and DOES 1-100, Inclusive, <br><br> Defendants. | CASE NO.  2:24-CV-08896-JAK-JC <br><br> **SPECIALLY APPEARING DEFENDANTS' OPPOSITION TO PLAINTIFF SPARTAN EAGLE LEASING CAPITAL LLC'S EX PARTE MOTION FOR WRIT OF POSSESSION, OR ALTERNATIVELY, A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND SHOW CAUSE ORDER** <br><br> Assigned to District Judge John A. Kronstadt, and Magistrate Judge Jacqueline Chooljian <br><br> Action Filed:  October 16, 2024 <br> Trial Date:    Not Set |

{00438718 }                                          1

SPECIALLY APPEARING DEFENDANTS' OPPOSITION TO EX PARTE MOTION

SPECIALLY APPEARING DEFENDANTS HERITAGE MISSOURI, LLC, ALAN MAO, AND GARRY RIVERA (together, "Specially-appearing defendants"), hereby object to the Complaint, Ex Parte Motion for Writ of Attachment, or Alternatively a Temporary Restraining Order, Preliminary Injunction and Show Cause Order, and all related filings by Plaintiff, as follows:

**I.     NO JURISDICTION**

Specially-appearing defendants object that each are Missouri residents and not subject to this Court's jurisdiction or any California court's jurisdiction.  Specially-appearing defendants further object that the only property identified in the complaint that relates to any of them and has a value below the minimum necessary for diversity jurisdiction (the RFD machine was allegedly purchased new for $75,000 and is now used and over one year old per the complaint and motion).

Specially-appearing defendants further object that this Court lacks jurisdiction because none have been personally served (nor has defendant Heritage Missouri, LLC's designated agent been served) with any complaint, ex parte motion, or anything in this lawsuit.


DATED:  October 21, 2024          HENNELLY & GROSSFELD LLP


By:   _/s/ Michael G. King_
          Michael G. King
          Arielle M. Canepa
          Attorneys for Specially Appearing
          Defendants Heritage Missouri, LLC, Alan
          Mao, and Garry Rivera

{00438718 }                           2

## <u>PROOF OF SERVICE</u>

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 10900 Wilshire Blvd., Suite 400, Los Angeles, California, 90024.

On October 21, 2024, I served the following document:

**SPECIALLY APPEARING DEFENDANTS' OPPOSITION TO PLAINTIFF SPARTAN EAGLE LEASING CAPITAL LLC'S EX PARTE MOTION FOR WRIT OF POSSESSION, OR ALTERNATIVELY, A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND SHOW CAUSE ORDER**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

| James Lake, Esq. 9314 Forest Hill Blvd., Suite 644 Wellington, Florida 33411 T: (949) 307-3665 jim@spartan-eagle.com | *Attorney for Plaintiff* Spartan Eagle Leasing Capital, LLC |
|---|---|

**(X)  (By Electronic – CM/ECF)**

**(X)  (By E-Mail)** I caused the above-referenced document(s) to be transmitted by e-mail transmission from maplka@hgla.com to the interested parties at the appropriate e-mail addresses as listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**(X)  (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 21, 2024, at Los Angeles, California.

*Melissa Palka*

Melissa Palka

{00438718 }

3

SPECIALLY APPEARING DEFENDANTS' OPPOSITION TO EX PARTE MOTION