JAMES LAKE, ESQ.
James Lake, Bar No. 298060
9314 Forest Hill Blvd, Suite 644
Wellington, Florida 33411
(949) 307-3665
jim@spartan-eagle.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARTAN EAGLE LEASING CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRYCE EGBERT, TAISIIA POPOVA, EGBERT ENTERPRISES, LLC, DEEPER DIVE LA MANAGEMENT, LLC; DEEPER DIVE LA, LLC, ALI GARAWI, GREEN ACRE MANAGEMENT, INC., THOMAS FORINELLI, FINAL BELL CORP., GARRY RIVERA, ALAN MAO, JAMES ESPOSITO, HERITAGE MISSOURI, LLC, and DOES 1-100, Inclusive, <br><br> Defendants. | **CASE NO.  2:24-cv-08896-JAK-JC** <br><br> **PROOF OF SERVICE** |

I, James Lake, the undersigned, certify and declare that I am over the age of 18 years, and the following concerning effectuating service on Plaintiff Spartan Eagle Leasing Capital, LLC's Ex Parte Application for Writ of Possession and/or Injunctive Relief as follows:

1. Upon filing this lawsuit, at 9:18am on Wednesday, October 16, 2024, and pursuant to Fed. R. Civ. P. 64, and 65, as well as pursuant to L.R. 77-1, I initially provided electronic copies of the Complaint and Motion for Writ of Possession and Injunctive Relief upon defendants, to the defendants known and used email addresses:

a. Bryce Egbert, individually and as owner of DDLA, DDLA Management, and Egbert Enterprises  - bryceegbert@me.com

b. Ali Garawi, individually and as owner of DDLA and Green Acre Management - ali@muhameds.com

c. Tom Fortinelli, individually and as owner of DDLA and Final Bell Corp  - tom@finalbell.com

d. Garry Rivera, individually and as owner of Heritage Missouri - garry@heritagemissouri.com

e. Alan Mao, individually and as owner of Heritage Missouri - alan@heritagemissouri.com

f. James Esposito, individually and as owner of Heritage Missouri - james@heritagemissouri.com

2. Following the delivery of the above emails, there has been communication from the defendants acknowledging receipt of these emails, with defendants engaging in efforts of partial resolution, yet the complete return and repossession of Plaintiff's equipment remains incomplete.

3. Thereafter, on October 19, 2024, I submitted the Summons Requests for each of the defendants.

4. On the morning of October 20, 2024, and in compliance with this Court's Order, I served via emails a true copy of the filed Complaint (with exhibits), Ex Parte Application for Writ of Possession and Injunctive Relief (with exhibits), and a copy of this Court's Order re Opposition to Plaintiff's Ex Parte Application for Writ of Possession or TRO.  In this email, I have also requested that defendants agree to electronic service, and waive personal service, in order to expedite process, but as of the timing of this filing, have yet to hear back. I served these documents on the following individuals:

a. Bryce Egbert, individually and as owner of DDLA, DDLA

2
COMPLAINT

Management, and Egbert Enterprises  - bryceegbert@me.com

    b.  Ali Garawi, individually and as owner of DDLA, DDLA Management, and Green Acre Management - ali@muhameds.com

    c.  Tom Fortinelli, individually and as owner of DDLA, DDLA Management and Final Bell Corp  - tom@finalbell.com

    d.  Garry Rivera, individually and as owner of Heritage Missouri - garry@heritagemissouri.com

    e.  Alan Mao, individually and as owner of Heritage Missouri - alan@heritagemissouri.com

    f.  James Esposito, individually and as owner of Heritage Missouri - james@heritagemissouri.com

5.  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

6.  I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED:  October 20, 2024          **JAMES LAKE, ESQ.**


**By:**_ /S/James Lake_____
Attorney for Plaintiff
James Lake, Bar No. 298060
9314 Forest Hill Blvd, Suite 644
Wellington, Florida 33411
(949) 307-3665
jim@spartan-eagle.com

3
COMPLAINT