## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARTAN EAGLE LEASING CAPITAL, LLC | CASE NUMBER: |
| Plaintiff(s), | 2:24–cv–08896–JAK–JC |
| v. | |
| BRYCE EGBERT, et al. | **NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT** |
| Defendant(s). | |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _Deeper Dive LA, LLC and Egbert Enterprises LLC_ for the following reason(s):

-    No declaration as required by F.R.Civ.P 55(a)
-    No proof of service/waiver of service on file
-    The name of the person served does not exactly match the person named in complaint
- X  Proof of Service is lacking required information
-    Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
-    Time to respond has not expired
- X  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
-    Request for Entry of Default has been forwarded to the assigned Judge
-    Party dismissed from action on
-    Case terminated on
-    Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X  Other: The party served for Egbert Enterprises, LLC (Mr. Wells) does not indicate that he was the person authorized to accept service

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

-    No Entry of Default on file
-    No declaration as required by F.R.Civ.P 55(b)
-    The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
-    Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
-    A declaration establishing the amount due must accompany the plaintiff's request for default judgment
-    No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
-    Amount sought is not for a sum certain or cannot be computed to a sum certain
-    Attorney Fees sought not in compliance with Local Rule 55–3
-    Amount sought for costs is incorrect
-    Case terminated on
-    Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
-    Other:

CLERK, U.S. DISTRICT COURT

Date: _January 23, 2026_        By: _/s/ Yvette Louis_
                                 Deputy Clerk

CV–52B(09/12)        NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT

yvette_louis@cacd.uscourts.gov