*Pro Hac Vice*
David F. Olsky (CO Bar No. 46694)
David.olsky@olskylaw.com
**OLSKY LAW LLC**
3065 Center Green Dr.
Boulder, CO 80301
(720) 362-2930


Monique Cain
Cain Legal
4429 E. Village Rd. Suite 209
Long Beach, CA 90808
(562) 517-7702
moniquecain25@gmail.com

JAMES LAKE, ESQ.
James Lake, Bar No. 298060
340 Royal Poinciana Way, #317-101
Palm Beach, Florida 33480
(949) 307-3665
jim@spartan-eagle.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPARTAN EAGLE LEASING CAPITAL, LLC, <br><br> v. <br><br> BRYCE EGBERT, TAISIIA POPOVA, EGBERT ENTERPRISES, LLC, DEEPER DIVE LA MANAGEMENT, LLC, DEEPER DIVE LA, LLC, ALI GARAWI, GREEN ACRE MANAGEMENT, INC., THOMAS FORINELLI, FINAL BELL CORP., GARRY RIVERA, ALAN MAO, JAMES ESPOSITO, HERITAGE MISSOURI, LLC and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: **2:24-cv-08896-JAK-JC** <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EGBERT ENTERPRISES, LLC** |

h

PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT EGBERT ENTERPRISES, LLC

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Spartan Eagle Leasing Capital, LLC ("Plaintiff") hereby provides notice that it is dismissing without prejudice Defendant Egbert Enterprises, LLC. Egbert Enterprises, LLC has not filed an answer or a motion for summary judgment. Plaintiff notes that it has come to learn that the entity "Egbert Enterprises, LLC" on which it served the complaint is not the same as the relevant entity here, which is "Egbert Enterprise, LLC," and the two entities apparently have no relationship with each other.

This Notice has no effect with respect to the remaining Defendants still in this action.

DATED: March 4, 2026                                    **OLSKY LAW LLC**

By: _s/ David F. Olsky_
                                                                 David F. Olsky, pro hac vice
                                                                 *Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT EGBERT ENTERPRISES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via U.S. Mail against the defaulting defendants as follows.

Christian Joseph Albut (by CM/ECF)
11622 El Camino Real, Suite 100
San Diego, CA 92130
619-335-0491
Email: christianalbut@hotmail.com
Attorneys for Bryce Egbert, Ali Garawi, and Deeper Dive LA Management LLC

Egbert Enterprises, LLC (by Mail)
225 3rd Street
Oakland, CA 94607

Deeper Dive LA, LLC (by Mail)
2936 East 11th Street
Los Angeles, CA 90023

*s/David Olsky*
David Olsky

2

PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT EGBERT ENTERPRISES, LLC