# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SPARTAN EAGLE LEASING CAPITAL, LLC,

        Plaintiff,

v.

BRYCE EGBERT, et al.,

        Defendants.

No. 2:24-cv-08896-JAK (AYPx)

**ORDER RE APPLICATION FOR DEFAULT JUDGMENT (DKT. 73)**

1

On January 15, 2026, Defendants Bryce Egbert, Ali Garawi, Deeper Dive LA Management, LLC, and Final Bell Corp. (collectively, "Answering Defendants") filed an answer to Plaintiff's First Amended Complaint ("FAC"). Dkt. 63. Defendants Deeper Dive LA, LLC and Egbert Enterprises, LLC (collectively, "Defaulting Defendants") did not timely respond to the FAC. Accordingly, on January 30, 2026, an Order issued directing Plaintiff to file a motion for default judgment against the Defaulting Defendants. Dkt. 71. On February 27, 2026, Plaintiff filed an Application for Default Judgment Against Deeper Dive LA, LLC.[1] Dkt. 73 ("Application").

If a jointly liable co-defendant defaults, a court should not enter judgment until all claims are adjudicated against the answering defendant in order to avoid incongruous judgments. *Frow v. De La Vega*, 82 U.S. 552, 554 (1872); *In re First T.D. & Inv., Inc.*, 253 F.3d 520, 532 (9th Cir. 2001). The Ninth Circuit also applies *Frow* where a defaulting defendant is "similarly situated" to an answering defendant "such that the case against each rests on the same legal theory . . . ." *Garamendi v. Henin*, 683 F.3d 1069, 1082–83 (9th Cir. 2012) (quoting *In re First T.D. & Inv.*, 253 F.3d at 532).

All three causes of action in the FAC are advanced against the Answering Defendants and the Defaulting Defendants alike. Dkt. 59 ¶¶ 67–97. Further, the FAC expressly alleges "joint[] and several[]" liability. *Id.* at 14. Therefore, the entry of judgment against the Defaulting Defendants is not appropriate at this time because it may result in a subsequent, inconsistent judgment in the action as to the Answering Defendants.

For these reasons, the January 30, 2026 Order, which required Plaintiff to file the Application, was improvidently issued, and the Application is **DENIED** without

---

[1] Plaintiff voluntarily dismissed its claims against Egbert Enterprises, LLC on March 4, 2026. Dkt. 74. Further, Defendants Garry Rivera, Alan Mao, Heritage Missouri, LLC, Green Acre Management, Inc., James Esposito, Taisiia Popova, and Thomas Forinelli were dismissed without prejudice on January 20, 2026. Dkt. 64.

2

prejudice. Plaintiff may renew the Application should it prevail in its claims against the Answering Defendants.

**IT IS SO ORDERED.**

Date:  March 13, 2026

John A. Kronstadt
United States District Judge

3