UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 24-8896-JAK (AYPx)                                    Date:  June 2, 2026

Title    Spartan Eagle Leasing Capital, LLC v. Bryce Egbert, et al.

Present:  The Honorable:    Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David F. Olsky | Christian Joseph Albut |

**Proceedings: SETTLEMENT CONFERENCE – VIDO CONFERENCING**

The settlement conference is conducted off the record by video conferencing.  David F. Olsky, Esq. appears on behalf of Plaintiff.  Plaintiff Jim Lake, President of Plaintiff Spartan Eagle Leasing Capital, LLC, is also present.  Christian J. Albut, Esq., appears on behalf of Defendants.  Defendant Ali Garawi is present.  Greg Paiva, CEO of Defendant Final Bell Corp., is present.  Defendant Bryce Egbert is present individually and on behalf of Deeper Dive LA Management, LLC.

Settlement is not reached.  The Parties are ordered to meet and confer and contact the chambers of Honorable Anna Y. Park at AYP_Chambers@cacd.uscourts.gov  within seven (7) days from entry of this order with proposed dates and times for a second session of the settlement conference by video conferencing.

IT IS SO ORDERED.

cc:  District Judge John A. Kronstadt

|  | 3:30 |
|---|---|
| Initials of Preparer | mp |