*Pro Hac Vice*
David F. Olsky (CO Bar No. 46694)
David.olsky@olskylaw.com
Olsky Law LLC
3065 Center Green Dr.
Boulder, CO 80301
Phone: (720) 362-2930

Monique Cain
Cain Legal
4429 E. Village Rd. Suite 209
Long Beach, CA 90808
(562) 517-7702
moniquecain25@gmail.com

JAMES LAKE, ESQ.
James Lake, Bar No. 298060
340 Royal Poinciana Way, #317-101
Palm Beach, Florida 33480
(949) 307-3665
jim@spartan-eagle.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPARTAN EAGLE LEASING CAPITAL, LLC,<br><br>v.<br><br>BRYCE EGBERT, TAISIIA POPOVA, EGBERT ENTERPRISES, LLC, DEEPER DIVE LA MANAGEMENT, LLC, DEEPER DIVE LA, LLC, ALI GARAWI, GREEN ACRE MANAGEMENT, INC., THOMAS FORINELLI, FINAL BELL CORP., GARRY RIVERA, ALAN MAO, JAMES ESPOSITO, HERITAGE MISSOURI, LLC and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.: 2:24-cv-08896-JAK-JC**<br><br>**JOINT SETTLEMENT REPORT** |

Plaintiff Spartan Eagle Leasing Capital, LLC ("Plaintiff") and Defendants Bryce Egbert, Deeper Dive LA Management LLC, Ali Garawi, and Final Bell Corporation (together, "Defendants" and with Plaintiff, the "Parties") hereby respectfully submit their Joint Settlement Report.

On June 2, 2026, the Parties and their respective counsel attended a settlement conference by videoconference before the Honorable Anna Y. Park. The Parties engaged in settlement discussions in good faith but did not reach a resolution.

The Parties agree that a second settlement conference may be productive after additional discovery has been exchanged and certain depositions have been completed. To that end, the Parties are working with Judge Park's chambers to schedule a second settlement conference in late September 2026.

The Parties further request that to the extent the Court keeps the Post-Mediation conference on the calendar (currently scheduled for June 15, 2026 at 1:30 pm), that the Court permit remote or telephonic appearances. Lead counsel for Plaintiff lives in Colorado and has been admitted pro hac vice, and Plaintiff is a small business with limited resources. All Parties therefore respectfully submit that remote or telephonic appearances would promote efficiency and avoid unnecessary expense.

DATED: June 5, 2026

**OLSKY LAW LLC**

By: *s/ David F. Olsky*

David F. Olsky, pro hac vice
*Attorney for Plaintiff*

Dated: June 5, 2026

**ALBUT LAW, P.C.**

By: *s/ Christian J. Albut*

Christian J. Albut, Esq.

Attorneys for Defendants, Bryce Egbert, Ali Garawi, Deeper Dive LA Management, LLC, Final Bell Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants, or else by US Mail first class.

Christian Joseph Albut (by CM/ECF)
11622 El Camino Real, Suite 100
San Diego, CA 92130
619-335-0491
Email: christianalbut@hotmail.com
Attorneys for Bryce Egbert, Ali Garawi, and Deeper Dive LA Management LLC

Deeper Dive LA, LLC (by Mail)
2936 East 11th Street
Los Angeles, CA 90023

*s/David Olsky*

David Olsky