UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 24-8896-JAK (AYPx) Date: August 20, 2026

Title Spartan Eagle Leasing Capital, LLC v. Bryce Egbert, et al.

Present: The Honorable: Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings: (In Chambers) AMENDED MINUTE ORDER SETTING IDC RE: JOINT REPORT REQUESTING AN INFORMAL DISCOVERY CONFERENCE, DKT. NO. 87.**

The Court is in receipt of the Joint Report Requesting an Informal Discovery Conference ("IDC") (Dkt. No. 87). Having reviewed the submission, the Court sets an IDC for Wednesday, August 26th at 10:30 a.m. by Zoom Webinar before Magistrate Judge Anna Y. Park. The steps to access the Zoom webinar are available on Magistrate Judge Anna Y. Park's Procedures & Schedules page (apps.cacd.uscourts.gov/Jps/honorable-anna-y-park).

The parties are to narrow the disputes and identify the categories of documents that are in dispute, in advance of the IDC. Plaintiff may provide a supplemental IDC report but no later than Monday, August 24th by 2:00pm. Plaintiff's brief is not to exceed 6 pages. Plaintiff is to specifically respond to Defendant's submission. Plaintiff's brief is to be organized by the categories of documents in dispute, with the corresponding requests, and setting forth the legal basis for the dispute, as well as what production remains necessary for each category.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 24-8896-JAK (AYPx) Date: August 20, 2026

Title Spartan Eagle Leasing Capital, LLC v. Bryce Egbert, et al.

Initials of Preparer ______